**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James Edward BROWN, Defendant–**
**Appellant.**

**No. 08–6916.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 26, 2009.

Decided: March 4, 2009.

Brian Joseph Kornbrath, Federal Public Defender, Clarksburg, West Virginia, for Appellant. Paul Thomas Camilletti, Thomas Oliver Mucklow, Assistant United States Attorneys, Martinsburg, West Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edward Brown appeals the district court's order granting in part and denying in part his motion for sentence reduction pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brown,* No. 3:06–cr–00018–JPB–JES–1 (N.D.W.Va. May 28, 2008), and the reasons expressed in our recent decision in *United States v. Dunphy,* 551 F.3d 247, 253–56 (4th Cir. 2009). Brown's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*